998

No. 12–171. BRANTLEY ET AL. v. NBC UNIVERSAL, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–194. MORRISON v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 12–216. KLEIN ET AL. v. CITY OF JACKSON, MICHIGAN. C. A. 6th Cir. Certiorari denied.

No. 12–269. MAHNCKE v. NEW YORK. App. Term, Sup. Ct. N. Y., 9th and 10th Jud. Dists. Certiorari denied.

No. 12–280. WILEY v. ILLINOIS EX REL. ILLINOIS DEPARTMENT OF HUMAN RIGHTS ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 12–283. SIMMONS v. NOVARTIS PHARMACEUTICALS CORP. C. A. 6th Cir. Certiorari denied.

No. 12–285. STAMPS ET UX., INDIVIDUALLY AND AS NEXT FRIENDS OF H. S. ET AL. v. GWINNETT COUNTY SCHOOL DISTRICT ET AL. C. A. 11th Cir. Certiorari denied.

No. 12–293. HAMNER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–314. LAWLOR v. CONNELLY. C. A. 2d Cir. Certiorari denied.

No. 12–323. HALL v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 12–334. STIERHOFF v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 12–349. MCREADY v. O'MALLEY, GOVERNOR OF MARYLAND, ET AL. C. A. 4th Cir. Certiorari denied.

No. 12–368. HILLIARD, TRUSTEE OF THE H. DAVID AND BONITA G. HILLIARD LIVING TRUST v. JACOBS. Ct. App. Ind. Certiorari denied.